IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEOFFREY C. BASLER, M.D.; | ) | 4:10CV3028 |
| REBECCA J. BASLER; | ) | |
| GEOFFREY C. BASLER, M.D. PC; and | ) | |
| RUBY PROPERTIES, LLC, | ) | |
| | ) | ORDER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ELLINGSON, CPA; and | ) | |
| DANA F. COLE & COMPANY, LLP, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiffs Geoffrey C Basler MD and Rebecca Basler have filed a suggestion of bankruptcy (filing 42) stating that they filed a Chapter 7 Bankruptcy case in the United States Bankruptcy Court for the District of Nebraska on November 18, 2010, Case No 10-43471. Based on such filing,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 22nd day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge