IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEOFFREY C. BASLER, M.D., | ) | |
| husband and wife, REBECCA J. | ) | |
| BASLER, husband and wife, | ) | |
| GEOFFREY C. BASLER, M.D. PC, and | ) | 4:10CV3028 |
| RUBY PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | MEMORANDUM AND ORDER |
| v. | ) | |
| | ) | |
| DAVID ELLINGSON, CPA, and | ) | |
| DANA F. COLE & COMPANY, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

This case has been referred to the bankruptcy court (filing no. 43). Accordingly, the telephonic status conference set for November 24, 2010 at 10:00 a.m. is cancelled.

DATED this 22nd day of November, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge