IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEOFFREY C. BASLER, M.D.; | ) | 4:10CV3028 |
| REBECCA J. BASLER; | ) | |
| GEOFFREY C. BASLER, M.D. PC; and | ) | |
| RUBY PROPERTIES, LLC, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ELLINGSON, CPA; and | ) | |
| DANA F. COLE & COMPANY, LLP, | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, David A. Ellingson, has filed a suggestion in bankruptcy (filing 45) stating that he filed a Chapter 7 Bankruptcy case in the United States Bankruptcy Court for the District of Nebraska on February 8, 2011, Case No. BK 11-40291.

This case was previously referred to the United States Bankruptcy Court for the District of Nebraska upon the filing of a suggestion in bankruptcy by Plaintiffs, Geoffrey C, Basler, M.D. and Rebecca Basler, stating that they filed a Chapter 7 Bankruptcy case in the United States Bankruptcy Court for the District of Nebraska on November 18, 2010, Case No 10-43471. *See* Order entered November 22, 2010 (filing 43). The reference has not been withdrawn.

Accordingly,

IT IS ORDERED that the clerk of the court shall forward Defendant's suggestion in bankruptcy (filing 45) to the United States Bankruptcy Court for the District of Nebraska.

DATED this 14th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge